**No. 10-208. Portia Baker Andrews, Petitioner v. Associated Anesthesiologists Services, P.C.**

562 U.S. 897, 131 S. Ct. 353, 178 L. Ed. 2d 148, 2010 U.S. LEXIS 6295.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 991 A.2d 34.